UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                        :

EDUARDO UBRI, *on behalf of himself and all* :
*others similarly situated*,                          :

                                Plaintiff,      :          23-CV-7954 (VSB)

                  -against-              :          **ORDER**

MAJESTIC ASSOCIATES LLC; JOSHUA  :
BALSAM, *individually*; MAJESTIC
PROPERTY MANAGEMENT
ASSOCIATES, LLC; 3871 VILLAGE
COURT ASSOCIATES, LLC;

                             Defendants.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The Clerk of the Court has entered a Certificate of Default in this matter.  (Doc. 42.)

Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated: March 11, 2024
       New York, New York

                                                            _____
                                                           Vernon S. Broderick
                                                           United States District Judge