```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
EDUARDO UBRI, on behalf of himself and all                 :
others similarly situated,                                 :
                                                           :
                              Plaintiff,                   :    23-CV-7954 (VSB)
                                                           :
              -against-                                    :        ORDER
                                                           :
MAJESTIC ASSOCIATES LLC; JOSHUA                            :
BALSAM, individually; MAJESTIC                             :
PROPERTY MANAGEMENT                                        :
ASSOCIATES, LLC; 3871 VILLAGE                              :
COURT ASSOCIATES, LLC;                                     :
                                                           :
                              Defendants.                  :
                                                           :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

Counsel for Defendants Joshua Balsam, Majestic Property Management Associates, LLC, and 3871 Village Court Associates, LLC has moved to withdraw as counsel.  (*See* Docs. 59–62.) Counsel filed an affidavit of service of the motion to withdraw, which states that the motion papers have been served "via electronic mail."  (Doc. 62.)  Counsel for Defendants is directed to complete service of the motion papers in accordance with Federal Rule of Civil Procedure 4, or otherwise explain why the Court should grant leave to serve by email.  *See, e.g.*, *Jackson v. Lowe's Companies, Inc.*, No. 15-CV-4167, 2016 WL 6155937, at *2 (E.D.N.Y. Oct. 21, 2016) (explaining that service of a motion to withdraw under Local Civil Rule 1.4 requires "traditional methods of service" or a finding by the court that traditional methods are impracticable). Counsel for Defendants is directed to file a new affidavit of service or a letter explaining the need to serve by email by June 20, 2025.

SO ORDERED.

Dated: June 10, 2025
       New York, New York

                                                           _____
                                                           Vernon S. Broderick
                                                           United States District Judge