```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
EDUARDO UBRI,                                              :
                                                           :
                              Plaintiff,                   :
                                                           :         23-CV-7954 (VSB)
                  -against-                                :
                                                           :              ORDER
JOSHUA BALSAM, MAJESTIC PROPERTY                           :
MANAGEMENT ASSOCIATES, LLC, and                            :
3871 VILLAGE COURT ASSOCIATES, LLC,                        :
                                                           :
                              Defendants.                  :
                                                           :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On August 14, 2025, I held a telephonic conference in the above-captioned case. In accordance with my remarks at the conference, the parties are directed to meet and confer within the next week regarding the payment dispute raised in Docs. 70–72 and discussed at the conference. The parties are hereby ORDERED to submit a joint update by August 21, 2025 as to the status of the dispute.

SO ORDERED.

Dated:   August 14, 2025
         New York, New York

_____
Vernon S. Broderick
United States District Judge