UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                 :

EDUARDO UBRI,                    :
                  Plaintiff,    :
                                   :

          - against -           :               23-CV-7954 (VSB)
                                   :

MAJESTIC ASSOCIATES, LLC, *et al.*,   :             **ORDER**
                                   :

                Defendants.  :
                                   :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        I am in receipt of Plaintiff's Motion to Enforce the parties' Settlement Agreement, filed on July 31, 2025. (Doc. 70.) I am also in receipt of Defendants' cross-motion opposing Plaintiff's Motion to Enforce and seeking a four-month extension to pay Plaintiff. (Doc. 71.) The parties shall submit a joint letter by April 9, 2026 of no more than three pages indicating whether this dispute is still live or whether it is moot in light of the intervening time period since the motions were filed.

SO ORDERED.

Dated: April 2, 2026
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge