**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDUARDO UBRI,

                      Plaintiff,

       -against-

MAJESTIC ASSOCIATES, LLC, et al.,

                   Defendants.
-----------------------------------------------------------------X

        23 **CIVIL** 7954 (VSB)

        **<u>JUDGMENT</u>**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 9, 2026, Plaintiff's Motion to Enforce the Settlement Agreement is GRANTED IN PART and DENIED IN PART. Defendants' cross-motion is hereby DENIED. Accordingly, judgment is entered against Defendants and in favor of Plaintiff for $60,000, plus post-judgment interest at the statutory rate, calculated from the date on which the Clerk of Court enters final judgment until the date of payment.

**Dated:** New York, New York

      April 10, 2026

                               **TAMMI M. HELLWIG**

                                   **Clerk of Court**

                **BY:**

                                   **Deputy Clerk**